IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IDA C. BEGAY, NITA R. AUGUSTINE,
KEE AUGUSTINE, KEE SANDOVAL,
GEORGE HARKES, JR., ALICE J. WHITE,
BEN C. YAZZIER, LOUISE J. YAZZIE, and
SHII SHI KEYAH ALLOTTEES ASSOCIATION
on their own behalf and on behalf of
all those similarly situated,

      Plaintiffs

vs.                                                             No. CIV 09-0137 JB/RLP

PUBLIC SERVICE COMPANY OF NEW MEXICO
(PNM), EL PASO CORPORATION, ENTERPRISE
PRODUCTS PARTNERS L.P., KINDER MORGAN,
NEW MEXICO GAS COMPANY, TRANSWESTERN
PIPELINE CO., LLC, TUCSON ELECTRIC POWER
COMPANY, WESTERN REFINING, INC., KEN
SALAZAR, SECRETARY OF THE INTERIOR, et al.,
and THE UNITED STATES OF AMERICA,

      Defendants.

**ORDER**

**THIS MATTER** comes before the court on (i) The Federal Defendants' Motion to Dismiss and Memorandum in Support, filed July 1, 2009 (Doc. 44); (ii) the Federal Defendants' Motion to Strike, filed on July 1, 2009 (Doc. 45); (iii) Motion to Strike Special Master Report (Exhibit A) from Plaintiffs' Complaint, filed July 15, 2009 (Doc. 52); (iv) Defendant Transwestern Pipeline Company, LLC's Motion to Dismiss Plaintiffs' Claims for Ejectment or Removal of Pipeline and for Trespass for Lack of Jurisdiction filed July 15, 2009 (Doc. 53); (v) El Paso's Motion to Dismiss pursuant to Rule 12(b)(6), filed July 15, 2009 (Doc. 54); (vi) El Paso's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(7), filed July 15, 2009 (Doc. 55); (vii) Motion to Dismiss for Lack of

-1-

Subject Matter Jurisdiction, filed July 15, 2009 (Doc. 56); (viii) Joint Motion to Dismiss and Memorandum in Support of Defendants Enterprise Products Partners, L.P., Kinder Morgan, Transwestern Pipeline Company, LLC, Western Refining, Inc., Public Service Company of New Mexico, New Mexico Gas Company, Inc., and Tucson Electric Power Company Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(7), filed July 15, 2009 (Doc. 57); (ix) Joint Motion to Dismiss and Memorandum in Support of Defendants Enterprise Products Partners, L.P., Kinder Morgan, Transwestern Pipeline Company, LLC, Western Refining, Inc., Public Service Company of New Mexico, New Mexico Gas Company, Inc., and Tucson Electric Power Company Pursuant to Fed. R. Civ. P. 12(b)(6), filed July 15, 2009 (Doc. 58); and (x) the Plaintiffs' Motion for Leave to File Sur-Reply to Pages 11-16 of "El Paso's Reply Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(6)," filed December 10, 2009 (Doc. 82). The Court grants: (i) the Federal Defendants' Motion to Dismiss and Memorandum in Support (Doc. 44); (ii) Defendant Transwestern Pipeline Company, LLC's Motion to Dismiss Plaintiffs' Claims for Ejectment or Removal of Pipeline and for Trespass for Lack of Jurisdiction (Doc. 53); (iii) El Paso's Motion to Dismiss pursuant to Rule 12(b)(6) (Doc. 54); (iv) El Paso's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(7) (Doc. 55); (v) the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 56); and (vi) the Plaintiffs' Motion for Leave to File Sur-Reply to Pages 11-16 of "El Paso's Reply Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(6)" (Doc. 82). The Court denies: (i) the Federal Defendants' Motion to Strike (Doc. 45); and (ii) the Motion to Strike Special Master Report (Exhibit A) from Plaintiffs' Complaint (Doc. 52). The Court denies as moot: (i) the Joint Motion to Dismiss and Memorandum in Support of Defendant Enterprise Products Partners, L.P., Kinder Morgan, Transwestern Pipeline Company, LLC, Western Refining, Inc., Public Service Company of New Mexico, New Mexico Gas Company, Inc., and Tucson Electric

Power Company Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(7) (Doc. 57); and (ii) the Joint Motion to Dismiss and Memorandum in Support of Defendants Enterprise Products Partners, L.P., Kinder Morgan, Transwestern Pipeline Company, LLC, Western Refining, Inc., Public Service Company of New Mexico, New Mexico Gas Company, Inc., and Tucson Electric Power Company Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 58).  As a result of these rulings, the Court has dismissed the entirety of the Plaintiffs' case.[1]

**IT IS ORDERED** that (i) the Federal Defendants' Motion to Dismiss and Memorandum in Support (Doc. 44) is granted; (ii) the Federal Defendants' Motion to Strike (Doc. 45) is denied; (iii) the Motion to Strike Special Master Report (Exhibit A) from Plaintiffs' Complaint (Doc. 52) is denied; (iv) Defendant Transwestern Pipeline Company, LLC's Motion to Dismiss Plaintiffs' Claims for Ejectment or Removal of Pipeline and for Trespass for Lack of Jurisdiction (Doc. 53) is granted; (v) El Paso's Motion to Dismiss pursuant to Rule 12(b)(6) (Doc. 54) is granted; (vi) El Paso's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(7) (Doc. 55) is granted; (vii) Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 56) is granted; (viii) Joint Motion to Dismiss and Memorandum in Support of Defendant Enterprise Products Partners, L.P., Kinder Morgan, Transwestern Pipeline Company, LLC, Western Refining, Inc., Public Service Company of New Mexico, New Mexico Gas Company, Inc., and Tucson Electric Power Company Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(7) (Doc. 57) is denied as moot; (ix) Joint Motion to Dismiss and Memorandum in Support of Defendants Enterprise Products Partners, L.P., Kinder Morgan, Transwestern Pipeline Company, LLC, Western Refining, Inc., Public Service Company of New

---

[1] This Order disposes of the motions at issue.  The Court will, however, at a later date issue an opinion more fully detailing its rationale for this decision.  After the Court has issued its Memorandum Opinion, it will, at that time, enter a final judgment.

Mexico, New Mexico Gas Company, Inc., and Tucson Electric Power Company Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 58) is denied as moot; and (x) Plaintiffs' Motion for Leave to File Sur-Reply to Pages 11-16 of "El Paso's Reply Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(b)(6)" (Doc. 82) is granted.

_____
UNITED STATES DISTRICT JUDGE

*Parties and Counsel of Record*

Catherine Baker Stetson
Stetson Law Offices, P.C.
Albuquerque, New Mexico

-- and --

Thomas R. Meites
Paul W. Mollica
Jamie S. Franklin
Meites, Mulder, Mollica & Glink
Chicago, Illinois

  *Counsel for Plaintiffs*

Tom Sikora
El Paso Corporation
Houston, Texas

-- and --

Mark F. Sheridan
Kristina M. Martinez
Holland & Hart LLP
Santa Fe, New Mexico

-- and –

John A. Bryson
Holland & Hart LLP
Washington, D.C.

-- and --

Troy A. Eid
Jennifer H. Weddle
Greenberg Traurig LLP
Denver, Colorado

    *Counsel for Defendants El Paso Corporation and El Paso Natural Gas Company*

Lynn H. Slade
William C. Scott
Walter E. Stern
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

    *Counsel for Defendants Enterprise Products Partners, L.P., Transwestern Pipeline Co., LLC, Kinder Morgan Energy Partners LP, Kinder Morgan Management LLC, and Knight, Inc.*

David F. Cunningham
Thompson, Hickey, Cunningham, Clow & April, P.A.
Santa Fe, New Mexico

    *Counsel for Defendants Public Service Company of New Mexico and Tucson Electric Power Company*

John E. DeWulf
Timothy J. Sabo
Darlene M. Wauro
Roskha DeWulf & Patten, PLC
Phoenix, Arizona

    *Counsel for Defendant Tucson Electric Power Company*

Clyde F. Worthen
Keleher & McLeod
Albuquerque, New Mexico

    *Counsel for Defendant New Mexico Gas Company*

Andrew G. Schultz
Nicholas Sydow
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

 *Counsel for Defendant Western Refining Pipeline Company*

Sara E. Costello
Jody Schwarz
United States Department of Justice
Environment & Natural Resources Division
Washington, D.C.

 *Counsel for Defendant Ken Salazar, Secretary of the Interior, and the United States*